# NO. 12-14-00237-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TEXAS DEPARTMENT OF PUBLIC SAFETY,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| | § | *COUNTY COURT* |
| *V.* | | |
| *MILTON WYLIE,*<br>*APPELLEE* | § | *UPSHUR COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

The Texas Department of Public Safety, Appellant, and Milton Wylie, Appellee, have filed an agreed motion to dismiss this appeal. In their motion, the parties state that they have reached an agreement regarding the issues in the appeal. According to the motion, the parties have agreed that (1) Appellant will dismiss this appeal; (2) Appellee will withdraw his initial appeal of Appellant's denial of his application for renewal of a concealed handgun license (CHL); (3) Appellee will not apply for a CHL until on or after December 8, 2015, provided that he meets the criteria at the time of his application, and (4) this court should render judgment effectuating the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A).

We ***grant*** the agreed motion to dismiss. We ***render*** judgment effectuating the parties' settlement agreement, and ***dismiss*** the appeal. In accordance with the agreement of the parties, costs on appeal are taxed against the party incurring them. *See* TEX. R. APP. P. 42.1(d).

Opinion delivered October 30, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 30, 2014**

**NO. 12-14-00237-CV**

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
Appellant
V.
**MILTON WYLIE,**
Appellee

Appeal from the County Court

of Upshur County, Texas (Tr.Ct.No. 14-CV-9287)

THIS CAUSE came to be heard on the appellate record and the joint motion of the parties to dismiss the appeal herein for the reason that they have reached an agreement to compromise and settle their differences, and for this Court to render judgment effectuating the parties' settlement agreement. Having heard and considered said motion, this Court is of the opinion the same should be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that judgment is hereby rendered effectuating the parties' settlement agreement and that this appeal be, and the same is, hereby **dismissed**; all costs on appeal are taxed against the party incurring them; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle. J.*